IN THE CIRCUIT COURT IN AND FOR LEE COUNTY, FLORIDA

| | |
|---|---|
| SPJ RENTALS LLC, | CASE NO. 23-CA-011554 |
| Plaintiff, | |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, SPJ RENTALS LLC, by and through the undersigned attorneys, and hereby sue Defendant and alleges:

1. This is an action for damages in excess of $50,000.00.

2. At all times material hereto, Plaintiff was and is a resident of the county of this court and otherwise sui juris.

3. At all times material hereto, Defendant was and is an insurance corporation doing and/or transacting business in the county of this court.

4. At all times material hereto, Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida.

5. At all times material hereto, in consideration of premiums paid by Plaintiff, there was in full force and effect certain insurance policy being Policy number CPS7450085 / CPS7253559 (hereafter called the "Policy"). A copy of the Policy is attached hereto as Exhibit "A."

6. Under the terms of the Policy, Defendant insured Plaintiff against certain losses to Plaintiff's property located at 15610 McGregor Boulevard, Fort Myers, Florida 33908 (hereafter called the "property").

7. On or about 9-28-2022, while the Policy was in full force and effect, Plaintiff suffered a covered loss; to wit: hurricane causing direct physical loss to the property (hereafter the "loss").

8. Defendant assigned claim number 02108205 to the loss.

9. Defendant breached the insurance policy contract by failing pay the full amount of insurance benefits due Plaintiff as a result of the loss.

10. As a direct and proximate result of Defendant's aforedescribed breach of the insurance

DUBOFF

policy contract, Plaintiff has sustained damages for which Plaintiff is entitled to be indemnified against under the Policy and which were payable to or on behalf of Plaintiff in connection with the loss to Plaintiff's property.

11. All conditions precedent to the filing of this Complaint have been met or have been waived.

12. Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorneys fee thereby pursuant to Fla. Stat. §627.428 and/or §626.9373 and/or §627.70152.

WHEREFORE Plaintiff sues Defendant for damages in excess of $50,000.00, plus statutory interest, court costs and reasonable attorneys fees pursuant to Fla,. Stat., §627.428 and/or §626.9373 and/or §627.70152.

PLAINTIFF DEMANDS A TRIAL BY JURY OF ALL ISSUES TRIABLE AS A MATTER OF RIGHT BY A JURY.

DUBOFF LAW FIRM
ATTORNEYS FOR PLAINTIFF
680 N.E. 127 STREET
NORTH MIAMI, FLORIDA 33161
TELEPHONE   (305) 899-0085
FAX NO.     (305) 899-0091
EMAIL: COURTDOCUMENT@DUBOFFLAWFIRM.COM

BY: /s Kenneth R. Duboff
    KENNETH R. DUBOFF, ESQ.
    FLA. BAR # 218261

DUBOFF